**90-769.** State v. Mapes. *Cuyahoga County,* No. 56608. Reported at 53 Ohio St. 3d 703, 558 N.E. 2d 57. On motion for rehearing. Rehearing denied.

**90-1000.** Topola v. Wisniewski. *Cuyahoga County,* No. 56735. Reported at 55 Ohio St. 3d 30, 562 N.E. 2d 891. On motion for rehearing. Rehearing denied.

**90-1750.** Grote v. J.S. Mayer & Co. *Hamilton County,* No. C-890170. Reported at 55 Ohio St. 3d 707, 563 N.E. 2d 296. On motion for rehearing. Rehearing denied.